IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00137-AWI |
| Plaintiff, | ) ) | ORDER VACATING HEARING DATE, AND CONTINUING CASE |
| v. | ) ) | |
| VICTOR BUITRON LOPEZ, | ) ) | |
| Defendant. | ) ) | |

    Pursuant to the stipulation filed by the parties on September 3, 2009, the status conference in the above-entitled matter is continued to September 28, 2009, at 9:00 a.m., so that counsel for the defendant can be present due to being out of state.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 8, 2009, is VACATED, and the hearing on this matter is reset to September 28, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 4, 2009**           /s/ Anthony W. Ishii
                                                                    CHIEF UNITED STATES DISTRICT JUDGE